UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRUMMER,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | NO. EDCV 09-1756-CT<br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: March 9, 2010

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE